IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**JUDGE GOTTSCHALL**

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | **04C 7735** |
| Plaintiff, | ) **FILED** ) | CIVIL ACTION NO. |
| v. | ) NOV 2)9 2004 ) | MAGISTRATE SIDNEY I. SCHENKIER |
| WOOD ENTERPRISES INC. d/b/a JEWELL EVENTS CATERING | ) MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT ) | |
| Defendant. | ) ) | |

NOV 3 0 2004

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of sex and retaliation, and to provide appropriate relief to Allison Fedash who was adversely affected by such practices. As alleged with greater particularity in paragraphs 8 and 9 below, the Commission alleges that George L. Jewell Services, LTD., which was acquired by Wood Enterprises Inc. d/b/a Jewell Events Catering, subjected Allsion Fedash to sexual harassment and that George L. Jewell Services, LTD and Wood Enterprises Inc., d/b/a Jewell Events Catering retaliated against and terminated Fedash in response to her complaints of sexual harassment.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 706(f)(1) and (3) of

Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-5(f)(1) and (3) ("Title VII") and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2. The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Northern District of Illinois, Eastern Division.

## PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Section 706(f)(1) and (3) of Title VII, 42 U.S.C. § 2000e-5(f)(1) and (3).

4. Defendant, Wood Enterprises Inc., d/b/a Jewell Events Catering, ("Jewell"), an Illinois corporation, is doing business in the State of Illinois and the City of Chicago, and has at least fifteen employees.

5. Defendant Jewell is an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§ 2000e(b), (g) and (h).

6. Defendant Jewell is the successor of George L. Jewell Services, LTD ("Predecessor Employer"), a dissolved Illinois corporation, which did business in the State of Illinois and the City of Chicago, continuously had at least fifteen employees and engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§ 2000e(b), (g) and (h).

## STATEMENT OF CLAIMS

7.     More than thirty days prior to the institution of this lawsuit, Allison Fedash filed charges with the Commission alleging violations of Title VII by Predecessor Employer and the Commission issued an Amended Determination naming both Predecessor Employer and Defendant Jewell. All conditions precedent to the institution of this lawsuit have been fulfilled.

8.     Between at least July 2002 and February 2003, Predecessor Employer engaged in unlawful employment practices, in violation of Section 703(a)(1) of Title VII, 42 U.S.C. § 2000e-2(a)(1). Predecessor Employer subjected Fedash to sexual harassment.

9.     Since at least January 2003, Predecessor Employer and Jewell have engaged in unlawful employment practices, in violation of Section 704(a) of Title VII, 42 U.S.C. § 2000e-3(a), by failing to assign Fedash and terminating her employment because she complained of sexual harassment and filed a charge of discrimination with the EEOC.

10.    During February 2003, Jewell took over the operations of Predecessor Employer and purchased its assets on a later date.

11.    The effect of the practices complained of in paragraphs eight and nine above has been to deprive Allison Fedash of equal employment opportunities and otherwise adversely affect her status as an employee, because of her sex and because of her complaints of sexual harassment.

12.    The unlawful employment practices complained of in paragraphs eight and nine above were intentional.

13.    The unlawful employment practices complained of in paragraph eight and nine above were done with malice or with reckless indifference to the federally protected rights of

3

Allison Fedash.

## PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant Jewell, its officers, successors, assigns, and all persons in active concert or participation with it, from engaging in discrimination on the basis of sex or retaliation and any other employment practices that discriminate on the basis of sex or retaliation.

B. Order Defendant Jewell to institute and carry out policies, practices, and programs that provide equal employment opportunities for employees and applicants regardless of their sex, and that eradicate the effects of its past and present unlawful employment practices.

C. Order Defendant Jewell to make whole Allison Fedash, by providing appropriate backpay with prejudgment interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices, including but not limited to rightful place reinstatement.

D. Order Defendant Jewell to make whole Allison Fedash, by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in paragraphs eight and nine above, in amounts to be determined at trial.

E. Order Defendant Jewell to make whole Allison Fedash, by providing compensation for past and future nonpecuniary losses resulting from the unlawful practices complained of in paragraphs eight and nine above, including emotional pain, suffering, inconvenience, loss of enjoyment of life, embarrassment, and humiliation, in amounts to be determined at trial.

F.  Order Defendant Jewell to pay Allison Fedash punitive damages for the malicious and reckless conduct described in paragraphs eight and nine above, in amounts to be determined at trial.

G.  Grant such further relief as the Court deems necessary and proper in the public interest.

H.  Award the Commission its costs of this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

Respectfully Submitted,

ERIC S. DREIBAND
General Counsel

JAMES L. LEE
Deputy General Counsel

GWENDOLYN YOUNG REAMS
Associate General Counsel

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
1801 L Street, N.W.
Washington D.C. 20507

LAURIE A. YOUNG
Regional Attorney

MICHELLE EISELE
Supervisory Trial Attorney

*Nancy Dean Edmonds*
NANCY DEAN EDMONDS
Senior Trial Attorney

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
Indianapolis District Office
101 W. Ohio St., Suite 1900
Indianapolis, IN 46204-4203
Phone: (317) 226-7229
Fax: (317) 226-5571
E-mail: Nancy.Edmonds@eeoc.gov


Local Counsel:

Gregory Gochanour
Trial Attorney
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
Chicago District Office
500 W. Madison St., Suite 2800
Chicago, IL 60661
Phone: (312) 886-9124
Fax: (312) 353-8555
E-mail: Gregory.Gochanour@eeoc.gov



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the Northern District of Illinois.

| | |
|---|---|
| **Plaintiff(s):** EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | **Defendant(s):** JEWELL ENTERPRISES INC. D/B/A JEWELL EVENTS CATERING |
| County of Residence: | County of Residence: |
| Plaintiff's Atty: NANCY DEAN EDMONDS, SENIOR TRIAL ATTORNEY EQUAL EMPLOYMENT OPPORTUNITY COMMISSION 101 WEST OHIO ST., SUITE 1900, INDIANAPOLIS, IN 46204 317-226-7229 | Defendant's Atty: |

JUDGE GOTTSCHALL
**04C 7735**
MAGISTRATE SIDNEY I. SCHENKIER

**II. Basis of Jurisdiction:** 1. U.S. Gov't Plaintiff

**III. Citizenship of Principal Parties**
(Diversity Cases Only)
　　　Plaintiff:- N/A
　　　Defendant:- N/A

**IV. Origin :** 1. Original Proceeding

**V. Nature of Suit:** 442 Employment

**VI. Cause of Action:** EQUAL EMPLOYMENT OPPORTUNITIY COMMISSION ALLEGES THAT DEFENDANT VIOLATED TITLE VII OF THE CIVIL RIGHTS ACT OF 1964, AS AMENDED, 42 U.S.C. Section 2000e, et seq. BY SUBJECTING ALLISON FEDASH TO SEXUAL HARASSMENT AND RETALIATION.

**VII. Requested in Complaint**
　　　Class Action:
　　　Dollar Demand:
　　　Jury Demand: Yes

**VIII. This case IS NOT a refiling of a previously dismissed case.**

RECEIVED NOV 3 0 2004

**FILED**
NOV 29 2004
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Signature: _Nancy Dean Edmonds_
Date: 11/23/04

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, print this form, sign and date it and submit it with your new civil action. **Note: You may need to adjust the font size in your browser display to make the form print properly.** Revised: 06/28/00

http://www.ilnd.uscourts.gov/PUBLIC/Forms/auto_js44.cfm　　　　　　　　　　　　　　　　11/9/2004

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In the Matter of

Equal Employment Opportunity Commission
v.
Wood Enterprises Inc., d/b/a Jewell Events Catering



Case Number: 04C 7735

JUDGE GOTTSCHALL

MAGISTRATE SIDNEY I. SCHENKIER

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

The United States Equal Employment Opportunity Commission, Plaintiff

---

**(A)** NOV 3 0 2004
SIGNATURE: *Nancy Dean Edmonds*
NAME: Nancy Dean Edmonds
FIRM: US EEOC- Indianapolis District Office
STREET ADDRESS: 101 W. Ohio St., Suite 1900
CITY/STATE/ZIP: Indianapolis, IN 46204
TELEPHONE NUMBER: (317) 226-7229
FAX NUMBER: (317) 226-5571
E-MAIL ADDRESS: nancy.edmonds@eeoc.gov
IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE):
MEMBER OF TRIAL BAR? YES — U.S.
TRIAL ATTORNEY? YES ☑ NO ☐

**(B)**
SIGNATURE: *Gregory Gochanour*
NAME: Gregory Gochanour
FIRM: US EEOC-Chicago District Office
STREET ADDRESS: 500 West Madison Street, Ste 2800
CITY/STATE/ZIP: Chicago, IL 60661
TELEPHONE NUMBER: (312) 886-9124
FAX NUMBER: (312) 353-8555
E-MAIL ADDRESS: gregory.gochanour@eeoc.gov
IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE): 06210804
MEMBER OF TRIAL BAR? YES ☑ NO ☐
TRIAL ATTORNEY? YES ☐ NO ☑
DESIGNATED AS LOCAL COUNSEL? YES ☑ NO ☐

**(C)**
SIGNATURE: *Laurie A. Young*
NAME: Laurie A. Young
FIRM: US EEOC- Indianapolis District Office
STREET ADDRESS: 101 W. Ohio St., Suite 1900
CITY/STATE/ZIP: Indianapolis, IN 46204
TELEPHONE NUMBER: (317) 226-7202
FAX NUMBER: (317) 226-7948
E-MAIL ADDRESS: laurie.young@eeoc.gov
IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE): 3121842 (inactive)
MEMBER OF TRIAL BAR? YES ☐ NO ☑
TRIAL ATTORNEY? YES ☑ NO ☐
DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☑

**(D)**
SIGNATURE: *Michelle Eisele*
NAME: Michelle Eisele
FIRM: US EEOC- Indianapolis District Office
STREET ADDRESS: 101 W. Ohio St., Suite 1900
CITY/STATE/ZIP: Indianapolis, IN 46204
TELEPHONE NUMBER: (317) 226-7059
FAX NUMBER: (317) 226-7948
E-MAIL ADDRESS: michelle.eisele@eeoc.gov
IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE):
MEMBER OF TRIAL BAR? YES ☐ NO ☑
TRIAL ATTORNEY? YES ☑ NO ☐
DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☑